

**NYCLU**
NEW YORK CIVIL LIBERTIES UNION

125 Broad Street, 19th Floor
New York, NY 10004
Ph: 212.607.3300
Fax: 212.607.3318
www.nyclu.org

Christopher Dunn
Associate Legal Director
cdunn@nyclu.org

VIA ECF

May 14, 2013

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
  for the Second Circuit
40 Foley Square
New York, N.Y. 10038

           *Re:*  Consolidated Appeals Concerning Republican National Convention

Dear Ms. Wolfe:

      I write on behalf of the plaintiffs-appellees in the following cases, all of which have been consolidated for appeal: 12-4420 (*Bell*), 12-4423 (*Adams*), 12-4424 (*Rigby*), 12-4425 (*Dinler*), 12-4426 (*Pagoda*), 12-4435 (*Grosso*), 12-4450 (*Starin*), 12-4453 (*Stark*),12-4457 (*Bastides*), 12-4460 (*Abdell*), 12-4474 (*Dudek*), 12-4475 (*Concepcion*),12-4476 (*Kennedy*), 12-4477 (*Botbol*), 12-4480 (*Crotty*), 12-4483 (*McNamara*),12-4487 (*Tikkun*), 12-4495 (*Schiller*), 12-4533 (*Meehan*), and 12-4583 (*Moran*).  (This is all of the twenty cases consolidated on appeal.)  Following my May 10 conversation with Joy Fallek, I write to request that the Court change from May 24, 2013, to June 17, 2013, the date by which the plaintiffs-appellees are to file their briefs.  The defendants-appellants filed their brief on March 18, 2013, and the requested date is within 91 days of that date.   Senior Corporation Counsel Michael Pastor has informed me that the defendants-appellants consent to this change.

                      Sincerely,

                      */s/ Christopher Dunn*

                      Christopher Dunn

c: Senior Corporation Counsel Michael Pastor (by ECF)